**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 350 EAL 2014 |
| Respondent | |
| v. | Petition for Allowance of Appeal from the Order of the Superior Court |
| KAREEM BARNES, | |
| Petitioner | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2015, the Petition for Allowance of Appeal is **GRANTED LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, rephrased for clarity, are:

(1)    Whether a challenge to a sentence pursuant to <u>Alleyne v. United States</u>, 133 S.Ct. 2151 (2013), implicates the legality of the sentence and is therefore non-waivable.

(2)    Whether contemporaneous convictions of possession with intent to deliver, pursuant to 35 Pa.C.S. § 780-113, and possession of a firearm prohibited, pursuant to 18 Pa.C.S. § 6105, allow application of the mandatory minimum sentence found at 42 Pa.C.S. § 9712.1 in light of our decision in <u>Commonwealth v. Hopkins</u>, ___ A.3d ___, 2015 Pa.LEXIS 1282 (decided June 15, 2015).